Opinion filed July 30, 2026



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00262-CV

_____

## SUE SIMMONS WHITE, INDIVIDUALLY, AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF CHARLES FRANKLIN WHITE, DECEASED, Appellant

## V.

## ELLIOTT LOGSDON WHITE, Appellee

**On Appeal from the 259th District Court**
**Jones County, Texas**
**Trial Court Cause No. 026231**

## M E M O R A N D U M   O P I N I O N

This appeal arises from the trial court's order removing Appellant as independent executor. The parties have now filed a joint motion to dismiss this appeal pursuant to a settlement agreement. In the motion, the parties state that they have "reached an agreement on the disputes and proceedings" and that the "settlement renders further proceedings in this appeal unnecessary." As a result,

the parties request that we set aside the trial court's order without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

We grant the parties motion, set aside the trial court's order without regard to the merits, and remand the cause to the trial court for the rendition of a judgment in accordance with the parties' settlement agreement. *See id.* Appellant's Motion to Strike Appellee Elliott Logsdon White's Appendix to Brief of Appellee is dismissed as moot.

JOHN M. BAILEY
CHIEF JUSTICE

July 30, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2